# EXHIBIT "A"

# Supreme Court of Pennsylvania
## Court of Common Pleas
### Civil Cover Sheet

Lackawanna County

**For Prothonotary Use Only:**

Docket No: 22-5151

TIME STAMP

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

## SECTION A

**Commencement of Action:**
- ☒ Complaint
- ☐ Writ of Summons
- ☐ Petition
- ☐ Transfer from Another Jurisdiction
- ☐ Declaration of Taking

**Lead Plaintiff's Name:** JANE PRINCIPE

**Lead Defendant's Name:** PETSMART, INC

**Are money damages requested?** ☒ Yes ☐ No

**Dollar Amount Requested:** (check one)
- ☐ within arbitration limits
- ☒ outside arbitration limits

**Is this a Class Action Suit?** ☐ Yes ☒ No

**Is this an MDJ Appeal?** ☐ Yes ☒ No

**Name of Plaintiff/Appellant's Attorney:** PIAZZA LAW GROUP

☐ Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

## SECTION B

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE**. If you are making more than one type of claim, check the one that you consider most important.

**TORT** (do not include Mass Tort)
- ☐ Intentional
- ☐ Malicious Prosecution
- ☐ Motor Vehicle
- ☐ Nuisance
- ☒ Premises Liability
- ☐ Product Liability (does not include mass tort)
- ☐ Slander/Libel/Defamation
- ☐ Other: _____

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other: _____

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional: _____

**CONTRACT** (do not include Judgments)
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other _____
- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other
- ☐ Other: _____

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure: Residential
- ☐ Mortgage Foreclosure: Commercial
- ☐ Partition
- ☐ Quiet Title
- ☐ Other: _____

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Statutory Appeal: Other
- ☐ Zoning Board
- ☐ Other: _____

*MAURI B. KELLY — LACKAWANNA COUNTY CLERK OF JUDICIAL RECORDS - CIVIL DIVISION — 2022 DEC 12 P 2: 39*

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☐ Other: _____

**PIAZZA LAW GROUP**
801 Boulevard Avenue
Dickson City, PA 18519
Telephone#:  570-382-3143
Facsimile #:  570-483-4684

MAURI B. KELLY
LACKAWANNA COUNTY

2022 DEC 12 P 2:39

CLERK OF JUDICIAL
RECORDS CIVIL DIVISION

| | | |
|---|---|---|
| JANE PRINCIPE<br>1037 Hemlock Farms<br>Lords Valley, PA 18428 | | COURT OF COMMON PLEAS<br>LACKAWANNA COUNTY |
| ANTONY PRINCIPE<br>1037 Hemlock Farms<br>Lords Valley, PA 18428 | : <br> : | CIVIL ACTION–LAW |
| PLAINTIFF | : | |
| VS. | : | JURY TRIAL DEMANDED |
| PETSMART INC<br>650 Commerce Blvd,<br>Dickson City, PA 18519 | : <br> : | |
| DEFENDANTS | : | No.: 22-5151 |

## NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and Notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the Complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICES SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.**

**IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO**

PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

## AVISO

USTED HA SIDO DEMANDADO/A EN CORTE. Si usted desea defenderse de las demandas que se presentan mas adelante en las siquientes paginas, debe tomar accion dentro de los proximos veinte (20) dias despues de la notificacion de esta Demanda y Aviso radicando personalmente o por medio de un abogado una comparecencia escrita y radicando en la Corte por escrito sus defensas de, y objecciones a, las demandas presentadas aqui en contra suya. Se le advierte de quie si usted falla de tomar accion como se describe anteriormente, el caso puede proceder sin usted y un fallo por cualquier suma de dinero reclamada en la demanda o cualquier otra reclamacion o remedio solicitado por el demandante puede ser dictado en contra suya por la Corte sin mas aviso adicional. Usted puede perder dinero o propiedad u ostros derechos importantes para usted.

USTED DEBE LLEVAR ESTE DOCUMENTO A SU ABOGADO IMMEDIATAMENTE. SI USTED NO TIENE UN ABOGADO O NO PUEDE PAGARLE A UNO, LLAME O VAYA A LA SIGUIENTE OFICINA PARA AVERIGUAR DONDE PUEDE ENCONTRAR ASISTENCIA LEGAL.

Northern Pennsylvania Legal Services
33 N. Main Street
Pittston, Pennsylvania 18640
570-299-4100

Lawyer Referral Service
Lackawanna Bar Association
233 Penn Avenue
Scranton, Pennsylvania 18503
Telephone: (570) 969-9161

Pa. Lawyer Referral Service
Harrisburg, PA 17108
(800-692-7375 - PA residents) (570-238-6715 - out of state residents)

Respectfully Submitted,
PIAZZA LAW GROUP

_____
Christopher A. Piazza, Esquire

| | |
|---|---|
| **PIAZZA LAW GROUP**<br>801 Boulevard Avenue<br>Dickson City, PA 18519<br>Telephone#: 570-382-3143<br>Facsimile #: 570-483-4684 | MAURI B. KELLY<br>LACKAWANNA COUNTY<br><br>2022 DEC 12 P 2: 39<br><br>CLERK OF JUDICIAL<br>RECORDS CIVIL DIVIS |

| | | |
|---|---|---|
| JANE PRINCIPE and<br>ANTONY PRINCIPE | | COURT OF COMMON PLEAS<br>LACKAWANNA COUNTY |
| | : | |
| PLAINTIFF | | CIVIL ACTION–LAW |
| | : | |
| VS. | | JURY TRIAL DEMANDED |
| | : | |
| PETSMART INC | | |
| | | |
| DEFENDANTS | : | No.: 22-5151 |

## COMPLAINT

AND NOW comes Jane Principe and Antony Principe, by and through counsel, Piazza Law Group, by Christopher A. Piazza, Esquire and hereby file this Complaint against PetsSmart Inc., and in support thereof avers:

1. Plaintiff, Jane Principe, is an adult individual who resides at 1037 Hemlock Farms, Lords Valley, PA 18428.

2. Defendant, PetsSmart, Inc., (herein after further known as Petsmart) is a Pennsylvania Corporation with a business located at 650 Commerce Blvd, Dickson City, PA 18519.

3. On or about October 1, 2022, Plaintiff, Jane Principe, was a business invitee inside PestSmart in order to do some shopping.

4. At the time of the fall, Defendant's employees, agents or associates where performing work on the fish tanks while business invitees were walking causing water to splash all over the floor in question where Plaintiff, Jane Principe, fell.

-3-

5. On the averse said date and time, Plaintiff, Jane Principe, was caused to slip and fall on a wet area inside Petsmart which caused her to fall an sustain injuries.

6. The wet area in question would have been noticed by an employee/ agent or associate of Petsmart at the time of the incident.

7. The fall in question was caused solely by the negligence and carelessness of the Defendant, Petsmart, and in no way due to any act or failure to act upon the part of Plaintiff, Jane Principe.

8. The negligence and carelessness of the Defendant, Petsmart, consisted of the following:

- A. Defendant knew or should have known a dangerous condition existed;

- B. Failed to reasonably inspect the area in question for any dangerous items on the premises in order to protect customers and avoid injuries to customers;

- C. Allowed a dangerous condition/items to exist for a reasonable length of time without proper and reasonable inspection and/or taking corrective measures of the same;

- D. Failing to take proper safety precautions to prevent Plaintiff's accident and injuries;

- E. Failing to adequately provide security measures to ensure the safety of business invitees while on the premises;

- F. Failing to properly utilize reasonable and appropriate measures to protect persons on the premises when it knew or should have known of the potential of dangerous conditions/items on the premises;

- G. Failing to properly monitor the area in question for dangerous condition/items which can be left on the premises; and

- H. Failing to warn business invitees of the wet area while Defendant's employees, agent or associates were performing work about the

-4-

> floor with the fish tanks.
>
> I. Failing to adequately clean up the premises in question with regard to a dangerous condition/items.

9. The Plaintiff's fall and injuries are a direct result of the negligence and carelessness of said Defendant, Petsmart.

10. Plaintiff, Jane Principe, sustained serious permanent and debilitating injuries to her body including but not limited to her right knee, right hip, lower back and tail bone.

## COUNT I
## JANE PRINCIPE VS. PETSMART, INC

11. Paragraphs "1" through "10", inclusive are realleged and reaffirmed as if said averments are set forth herein at length

12. As a result of the negligence and carelessness of the Defendant, its agents, servants and/or employees, as aforesaid, Plaintiff, Jane Principe, has experienced great pain and suffering.

13. As a result of the negligence and carelessness of the Defendant, its agents, servants and/or employees, as aforesaid, the Plaintiff, Jane Principe, is unable and has not been able to attend to her usual duties and she will be unable to attend to them in an indefinite time in the future to her great detriment and loss.

14. As a result of the negligence and carelessness of the Defendant, its agents, servants and/or employees, the Plaintiff, Jane Principe, was forced to incur liability for medical treatment, medications, hospitalizations, surgery and similar miscellaneous expenses in an effort to restore herself to health.

15. As a result of the negligence and carelessness of the Defendant, its agents, servants and/or employees, the Plaintiff, Jane Principe, will incur future medical expenses.

16. As a result of the negligence and carelessness of the Defendant, its agents, servants and/or employees, the Plaintiff, Jane Principe, has undergone and in the future will undergo great physical and mental suffering, great inconvenience carrying out her daily activities, loss of life's pleasures and enjoyment.

17. As a result of the negligence and carelessness of the Defendant, its agents, servants and/or employees, the Plaintiff, Jane Principe, has been and in the future will be subject to great humiliation and embarrassment.

18. As a result of the negligence and carelessness of the Defendant, its agents, servants and/or employees, the Plaintiff, Jane Principe, continues to suffer great pain and suffers limitation and; therefore, avers that her injuries will be of permanent nature, causing residual problems for the remainder of her lifetime.

WHEREFORE, Plaintiff, Jane Principe and Antony Principe, demand judgement again the Defendant, Petsmart, in an amount in excess of Fifty Thousand Dollars ($50,000.00) and in excess of prevailing arbitration limits, exclusive of pre-judgement interest, post-judgement interest and costs.

## COUNT II
## ANTONY PRINCIPE VS. PETSMART, INC

19. Paragraphs "1" through "18", inclusive are realleged and reaffirmed as if said averments are set forth herein at length

20. As a result of the negligence, carelessness and recklessness and the

-6-

accident described above, Plaintiff, Antony Principe, as husband of Plaintiff, Jane Principe, has been deprived of the comfort, companionship, society, services and assistance of his wife and will permanently deprived of the same in the past, present and future.

21. In addition to the foregoing, Plaintiff, Antony Principe, has expended and will expend time and energy as well as payment of medical related expenses in the care and treatment of his wife, Jane Principe, who suffers from the above referenced injuries and is unable to care for herself which she did before the accident.

WHEREFORE, Plaintiff, Jane Principe and Antony Principe, demand judgement again the Defendant, Petsmart, in an amount in excess of Fifty Thousand Dollars ($50,000.00) and in excess of prevailing arbitration limits, exclusive of pre-judgement interest, post-judgement interest and costs.

Respectfully submitted,
**PIAZZA LAW GROUP**

_____
Christopher A. Piazza, Esquire

## VERIFICATION

I, Jane Principe, certify that the statements contained in the foregoing Complaint are true and correct and are made subject to the penalties of 18 Pa.C.S. Sec. 4904 relating to unsworn falsification to authorities.

*Jane Principe*

## VERIFICATION

I, Antony Principe, certify that the statements contained in the foregoing Complaint are true and correct and are made subject to the penalties of 18 Pa.C.S. Sec. 4904 relating to unsworn falsification to authorities.

*Antony Principe* (signature)

## CERTIFICATE OF SERVICE

I, **CHRISTOPHER A. PIAZZA, ESQUIRE**, hereby certify that I have served a true and correct copy of the foregoing Amended Complaint this 9 day of December, 2022 on the following:

Respectfully submitted,
**PIAZZA LAW GROUP**

_____
Christopher A. Piazza, Esquire

MAURI D. KELLY
LACKAWANNA COUNTY
2022 DEC 12 P 2:39
CLERK OF JUDICIAL
RECORDS CIVIL DIVISION

**PIAZZA LAW GROUP**
801 Boulevard Avenue
Dickson City, PA 18519
Telephone#:  570-382-3143
Facsimile #:  570-483-4684

| JANE PRINCIPE and ANTONY PRINCIPE | : | COURT OF COMMON PLEAS LACKAWANNA COUNTY |
|---|---|---|
| PLAINTIFF | : | CIVIL ACTION–LAW |
| VS. | : | JURY TRIAL DEMANDED |
| PETSMART INC | : | |
| DEFENDANTS | : | No.: |

## RETURN OF SERVICE

## SPECIAL INSTRUCTIONS:

**Kindly serve Upon:**

PetsSmart, Inc. 650 Commerce Boulevard, Dickson City, PA 18519.

-11-