THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JANE PRINCIPE and
ANTHONY PRINCIPE,

        Plaintiffs,

v.                         3:23-CV-396
                            (JUDGE MARIANI)
PETSMART, INC.,

        Defendant.

## ORDER

**AND NOW**, THIS ___26th___ DAY OF JANUARY, 2024, upon receipt of Plaintiff's document entitled "Discontinuance" (Doc. 17) informing the Court that the above-captioned action has settled, **IT IS HEREBY ORDERED THAT** this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to **CLOSE** this case.

                                            _____
                                            Robert D. Mariani
                                            United States District Judge